# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of J.H. and G.B., children.

C.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-3506
_____

April 22, 2026

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Linda C. Clark of Linda C. Clark, P.A., Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, Attorneys for Statewide Guardian ad Litem Program.

PER CURIAM.

Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.